USDC SCAN INDEX SHEET

LLS 8/3/98 8:26

3:98-CV-01395 TOMEO V. OUSLEY

*1*

*CMP.*

Paul J. Mirowski, Bar No. 106 042
Mirowski & Wijas L.L.P.
8910 University Center Ln.
San Diego, California 92122-1029
Telephone: (619) 452-3666
Fax: (619) 452-7506

Attorney for Plaintiff

FILED
98 JUL 31 PM 1:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL L. TOMEO d.b.a. DIGITAL DEXTERITY RECORDS,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF OUSLEY, CHRIS ANDERSON, STEVE BALL AND GARY GEORGE professionally known as THE BALLAD MONGERS, and DOES 1- 100,<br><br>Defendants. | Case No. '98 CV 1395 JM LSP<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTION FOR COPYRIGHT INFRINGEMENT AND RELATED CLAIMS** |

Plaintiff complains and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et. seq., and for the related claim of False Designations of Origin under Section 43(a) of the Lantham Act, Title 15 U.S.C.§ 1125(a) and Title 15 U.S.C. § 1121. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and 1338 (b), and under supplemental jurisdiction.

2. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a).

## PARTIES

3. Plaintiff MICHAEL L. TOMEO (hereinafter "TOMEO") does business under the fictitious name DIGITAL DEXTERITY RECORDS (hereinafter "DDR") and has complied with the fictitious business name laws. DDR is a producer of musical recordings with its principal place of business in San Diego County, California.

4. Upon information and belief, Defendants Jeff Ousley, Chris Anderson, Steve Ball and Gary George are members of the entertainment group professionally known as "The BalladMongers," (hereinafter, collectively referred to as the "BALLADMONGERS") who reside and have performed the acts complained of within this Judicial District.

5. Plaintiff is ignorant of the true names and capacities, whether individual, corporate, associate, representative or otherwise, of the Defendants named herein as Does 1 through 100, inclusive, and therefore Plaintiff sues such Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names and capacities when such information is ascertained.

6. Plaintiff is informed and believes, and based upon such information and belief, alleges that at all times relevant herein, each of the Defendants herein (including any named Doe Defendants), were an agent and/or employee for the other Defendants, and in doing the things alleged herein, were acting within the scope of such agency or employment.

7. Plaintiff is informed and believes, and based upon such information and belief, alleges that the Defendants, and each of them, knowingly and willingly conspired and agreed among themselves to commit the acts alleged herein. The Defendants, and each of them, did the acts and things alleged herein pursuant to, and in furtherance of this conspiracy. Furthermore, each of the Defendants furthered said conspiracy by cooperating, lending aid and encouragement, and by ratifying and adopting the acts of the other Defendants as part of their common scheme and design.

## BACKGROUND FACTS

8. Plaintiff is, and at all times relevant to the matters alleged in this complaint, was engaged in the business of creating, producing, distributing and marketing musical recordings as DIGITAL DEXTERITY RECORDS.

9. The BALLADMONGERS entered into a contract with DDR for the purpose of recording and exploiting certain original compositions of the BALLADMONGERS. Pursuant to that contract, DDR retained all the copyrights in and to the actual sound recordings produced from that effort while the BALLADMONGERS retained the copyrights in and to their compositions.

10. As a result of the above contract, DDR through Michael Tomeo invested services, time and expenses on behalf of the BALLADMONGERS up until approximately the middle of 1997. The results of those services, money and time were four (4) sound recording entitled:

i. "The BalladMongers, Scratch Tracks I" ("Scratch Tracks") which included the compositions entitled "*Land of the Free,*" "*Ronnie and the Ray-Guns*" and "*Woman's Best Friend.*"

ii. "The BalladMongers - Personal Demo Series, Tape 1" ("BM Demo").

iii. "The BalladMongers - A Prelude to Domestic Whine" ("Prelude") which also included the compositions entitled "*Land of the Free*" and "*Ronnie and the Ray-Guns.*"

iv. "Tierra Santa" a compilation of Christmas songs by San Diego artists which was released through DDR and which included the BalladMonger's composition entitled "*In Your Heart.*"

These sound recordings (hereinafter collectively referred to as the "DDR Recordings") contains material wholly original from the Plaintiff that is copyrightable subject matter under the laws of the United States.

11. Plaintiff applied for and received a Certificate of Registration issued by the United States Register of Copyrights on November 9, 1994 for the "Sound Recording, Compilation and Mix of Sounds" contained on "Tierra Santa" and bearing the registration number SR 199-831. On or about March of 1998, Plaintiff applied to the United States Register of Copyrights for a Certificate of Registration in and to the "Sound Recording,

Arrangement of Songs" for the work entitled "The Ballad Mongers, Scratch Tracks I." Accordingly, the Plaintiff has registered or applied for registration of the original sound recording aspects of the DDR Recordings "*Land of the Free*," "*Ronnie and the Ray-Guns*," "*Woman's Best Friend*"and "*In Your Heart*."

12. Plaintiff provided the BALLADMONGERS with copies of the DDR Recordings in CD and tape formats for their personal use only. All of the DDR Recordings contained copyright notices for "Digital Dexterity Records" along with the notice "All Rights Reserved." The cover to "The Ballad Mongers, Scratch Tracks I" CD states that it is a "Research Copy Only - Not for Resale of Distribution - For Ballad Monger Possession and Use Only." In addition, Plaintiff often reminded the Defendants that the recordings produced by DDR were the property of DDR and that they were to not be used without DDR's explicit permission.

13. Plaintiff is currently and at all relevant times has been the sole proprietor of all right, title, and interest in and to the sound recording copyrights in the DDR Recordings as described above. Plaintiff has produced and distributed the DDR Recordings in strict conformity with the provisions of the Copyright Act of 1976 and all other laws governing copyright.

**FIRST CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT**

**(17 USC §§ 101 et. seq.)**

14. Plaintiff refers to and by this reference incorporates paragraphs 1-13 herein as though fully set forth.

15. Virtually Music Jukebox formerly known as KSDM.com (hereafter "VMJ") maintains a web site which is accessible by any person having access to the world wide web commonly known as the "internet." VMJ allows San Diego musicians to promote themselves and

their music by allowing visitors (the public) to that web site to "listen to any track off hundreds of CDs from a rapidly growing number of San Diego musicians." By "clicking" on the listed musicians with one's mouse, any person accessing this page may review "web pages" discussing the artist's background and allowing the user to play and listen to the artist's compositions for free. In doing so, artists publically perform their compositions for a world wide audience.

16. The Plaintiff is informed and believes that the Defendants herein promoted themselves on VMJ's web site for a period of time during the first part of 1998. Specifically, the Defendants used, published and allowed public performances and downloading of DDR's sound recordings of the BALLADMONGER's compositions: (a) "Land of the Free," (b) "Woman's Best Friend," (c) "In Your Heart" and (d) "Ronnie and the Ray-Guns" without the authorization nor the permission of the Plaintiff herein.

17. In doing so, the Defendants, knowing and willfully performed and allowed copies to be made of Plaintiff's DDR Recordings. Plaintiff is further informed and believes, and on that basis alleges, that Defendant copied the DDR Recordings for the specific purposes of infringing Plaintiff's copyrights and publishing, distributing, promoting and offering for sale or transfer unauthorized copies of Plaintiff's DDR Recordings.

18. From time to time from mid 1997 through the present, Defendants have and continue to infringe upon the statutory copyrights owned by Plaintiff in the DDR Recordings, including by substantial copying; publically performing; making and distributing, or authorizing the making and distributing of copies thereof throughout the world and over the world wide web (internet), participating in and furthering such infringing acts, or sharing in the proceeds therefrom. As the Defendants had notice, both written and verbal, that Plaintiff owned the copyrights described herein, Defendants acted with the full knowledge that they were intentionally infringing on Plaintiff's copyrights.

19. Plaintiff is informed and believes, and on that basis alleges that it has lost and

will continue to lose revenues and will sustain damage as a result of Defendant's wrongful conduct including depriving Plaintiff of opportunities for additional revenues and expanding goodwill.

20. Plaintiff is informed and believes, and on that basis alleges, that unless enjoined by this Court, Defendant intends to continue their course of conduct and to wrongfully use, infringe upon, sell, transfer or otherwise profit from Plaintiff's work and works derived therefrom. As a direct and proximate result of the acts of Defendant alleged above, Plaintiff has already suffered irreparable damage and has sustained lost profits. Plaintiff has no adequate remedy at law to redress all of the injuries that Defendant has caused and intends to cause by their conduct. Plaintiff will continue to suffer irreparable damage and sustain lost profits until Defendant's actions as alleged above are enjoined by this Court.

21. Defendants' respective infringing acts were, and, if continued, hereafter will be, committed willfully. Plaintiff is entitled to a restraining order preventing Defendants, its officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

22. Plaintiff is further entitled to recover from Defendants, and each of them, the damages or statutory damages, including attorneys' fees, that Plaintiff has sustained and will sustain, and any gains, profit and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by the Plaintiff.

**SECOND CLAIM BY FOR RELIEF**

**FALSE DESIGNATION OF ORIGINS**

23. Plaintiff refers to and by this reference incorporates paragraphs 1-22 herein as though fully set forth.

24. This claim arises under Section 43(a) of the Lantham Act entitled "False Designations of Origin and False Descriptions forbidden," Title 15 U.S.C.§ 1125(a) and Title 15 U.S.C. § 1121.

25. In doing the acts alleged herein, the Defendants failed to give credit to Plaintiff as owner of the copyright holder of the sound recordings in the DDR Recordings wherever they were published, played or made available for copying, including, but not limited to VMJ's web pages and specifically the Real Audio™ field of said web page. Instead, the Defendants merely listed the "Ballad Mongers" as the sole copyright holder of the DDR Recordings made available at that web site. Defendants' failure to attribute to Plaintiff, respectively, the authorship and copyright ownership of the sound recordings in the DDR Recordings, creates a false impression of the source of sound recordings in those compositions.

26. Plaintiff is informed and believes, and on that basis alleges, that the Defendant is attempting to pass off Plaintiff's recordings as if they were Defendants' and in a manner calculated to deceive members of the general public. The natural, probable and foreseeable result of Defendant's wrongful conduct has been, and will continue to deprive Plaintiff of the benefits of marketing Plaintiff's work and to deprive Plaintiff of the goodwill, prospective customers and revenues which would be expected therefrom. Plaintiffs have no adequate remedy at law and the aforesaid false description and representations have caused and will continue to cause, Plaintiff's irreparable harm and injury.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgment against the Defendant, and each of them as follows:

1. That the Court finds that the Defendants have infringed upon Plaintiff's copyrights in the DDR Recordings.

2. That the Court finds substantial likelihood that Defendants will continue to infringe Plaintiff's copyrights in the DDR Recordings unless enjoined from doing so.

3. That Defendants, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from:

a. Directly or indirectly infringing Plaintiff's copyright in the DDR Recordings, or;

b. Continuing to perform, market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the DDR Recordings, or;

c. To participate or assist in any such activity.

4. That Defendants, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined, to return to Plaintiff any and all originals, copies, facsimiles, or duplicates of the DDR Recordings in their possession, custody or control.

5. That Defendants, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers, retailers, internet services and any other points of distribution known to Defendants, any originals, copies, facsimiles, or duplicates of any works shown by the evidence to infringe any copyright in DDR Recordings.

6. That Defendant be enjoined to deliver upon an oath, to be impounded during the pendency of this action and destroyed pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe any copyright in the DDR Recordings.

7. That Defendants and their respective agents, servants, and representatives, be enjoined, during the pendency of this action and permanently, from omitting to credit Plaintiff for his respective interest as the author of the sound recordings of the DDR Recordings, and Plaintiff's copyright ownership therein.

8. That Defendant be required to file with the Court and to serve on Plaintiff, within 30 days

after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form, in which, Defendant has complied with the Court's order.

9. That judgment be entered for Plaintiff and against Defendants, and each of them, for Plaintiff's actual damages according to proof, and for any profits attributable to infringements of Plaintiff's copyrights, in accordance with proof.

10. In the alternative to an award of actual damages, that the Court award judgment for Plaintiff and against Defendants for statutory damages based upon Defendant's acts of infringement, including a statutory award for willful acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 et. seq.

11. That Plaintiff have judgement against Defendants for Plaintiff's actual costs and attorney fees.

12. That the Court grant such other, further and different relief as the Court deems proper under the circumstances.

Dated: 7-22-98

Mirowski & Wijas L.L.P.

By [signature]
Paul J. Mirowski
Attorney for Plaintiff

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| *Register of Copyrights*<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1395JM(LSP) | DATE FILED<br>7/31/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Michael L. Tomoe d.b.a Digital Dexterity Records | | DEFENDANT<br>Jeff Ousley, Chris Anderson, Steve Ball and Gary George professionally known as The Ballad Mongers, and DOES 1-100 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 SR 199-831 | Sound Recording, Compilation and Mix of Sounds" contained on "Tierra Santa" | Michael L. Tomeo *doing business as* Digital Dexterity Records |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1395JM(LSP) | DATE FILED<br>7/31/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Michael L. Tomoe d.b.a Digital Dexterity Records | | DEFENDANT<br>Jeff Ousley, Chris Anderson, Steve Ball and Gary George professionally known as The Ballad Mongers, and DOES 1-100 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 SR 199-831 | Sound Recording, Compilation and Mix of Sounds" contained on "Tierra Santa" | Michael L. Tomeo *doing business as* Digital Dexterity Records |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1395JM(LSP) | DATE FILED<br>7/31/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Michael L. Tomoe d.b.a Digital Dexterity Records | Jeff Ousley, Chris Anderson, Steve Ball and Gary George professionally known as The Ballad Mongers, and DOES 1-100 |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 SR 199-831 | Sound Recording, Compilation and Mix of Sounds" contained on "Tierra Santa" | Michael L. Tomeo *doing business as* Digital Dexterity Records |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1395JM(LSP) | DATE FILED<br>7/31/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Michael L. Tomoe d.b.a Digital Dexterity Records | | DEFENDANT<br>Jeff Ousley, Chris Anderson, Steve Ball and Gary George professionally known as The Ballad Mongers, and DOES 1-100 |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 SR 199-831 | Sound Recording, Compilation and Mix of Sounds" contained on "Tierra Santa" | Michael L. Tomeo *doing business as* Digital Dexterity Records |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

JS44
(Rev. 07/89)

ORIGINAL

# CIVIL COVER SHEET

FILED
98 JUL 31 PM 1:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

MICHAEL L. TOMEO d.b.a. DIGITAL DEXTERITY RECORDS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

JEFF OUSLEY, CHRIS ANDERSON, STEVE BALL and GARY GEORGE professionally known as THE BALLAD MONGERS and DOES 1-100

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

PAUL J. MIROWSKI
MIROWSKI & WIJAS L.L.P.
8910 UNIVERSITY CENTER LN., ST.170
SAN DIEGO, CA. 92122

**ATTORNEYS (IF KNOWN)**

'98 CV 1395 JM LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

COPYRIGHT INFRINGEMENT (17 U.S.C. 101 et. seq.)
FALSE DESIGNATION OF ORIGINS 15 U.S.C. 1125(a) and 1121

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ Statutory Damages ~~Injunctive Relief~~

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 7-22-98

SIGNATURE OF ATTORNEY OF RECORD [signature]

#040792

# INSTRUCTIO[illegible] [illegible]OR ATTORNEYS COMPLETING CIVIL COVE[illegible] [illegible]EET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should completed the form as follows:

I.(a) Plaintiffs - Defendants. Enter names (last, first, middle intitial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giveing both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place the "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, it officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action , in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.